UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VFI FINANCE TRUST and VARILEASE FINANCE, INC.,

Plaintiffs,

v.

PENMARK TRANSPORTATION, INC., et al.,

Defendants.

Case No. 2:26-cv-11001

Honorable Susan K. DeClercq
United States District Judge

______________________________________/

**ORDER DISMISSING THE CASE AND DENYING AS MOOT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (ECF No. 29)**

On August 21, 2026, Plaintiffs VFI Finance Trust and Varilease Finance, Inc. filed a Notice of Voluntary Dismissal Without Prejudice under Civil Rule 41(a)(1)(A)(i). ECF No. 40. Plaintiffs noted that the Parties had reached a settlement and agreed that this Court will "retain jurisdiction over the matter to enforce the Settlement Agreement and the Lease, if necessary." *Id.* at PageID.292. Having reviewed the Notice, Civil Rule 41, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.** As a result, Plaintiffs' Motion for Default Judgment, ECF No. 29, is **DENIED AS MOOT.**

This Court retains jurisdiction to enforce the settlement agreement and lease if necessary.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 1, 2026